1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    CARLOS TOMAS GARCIA,                    1:08-cv-00420-OWW-TAG (HC)

10              Petitioner,                  ORDER GRANTING RESPONDENT'S
                                             MOTION FOR EXTENSION OF TIME TO
11        vs.                                FILE MOTION TO DISMISS

12   HARTLEY,                                (Doc. 11)

13              Respondent.                  AUGUST 20, 2008 DEADLINE

14   _____/

15        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

16   28 U.S.C. § 2254.  On July 17, 2008, Respondent filed a motion to extend time to file a motion

17   to dismiss, or alternatively an answer.  Good cause having been presented to the court and

18   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

19        Respondent is granted to and including August 20, 2008 in which to file a motion to

20   dismiss.

21

22

23   IT IS SO ORDERED.

24   Dated:  **July 22, 2008**                        **/s/ Theresa A. Goldner**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28